UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20782-Civ-COOKE/TORRES

LIONAL DALTON,

    Plaintiff,

vs.

1866 LLC and
VICTORIA'S APPAREL, INC.
doing business as Karens Fashion
House,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stip. Dismissal with Prejudice, ECF No. 25. Each party shall bear her or its own costs and attorney's fees.

The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 29TH day of June 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*